UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cv-24638-GRAHAM/MCALILEY

ANDRE L. MOODY,

     Plaintiff,

v.

MIAMI-DADE COUNTY,

     Defendant.

_____/

**ORDER REGARDING PLAINTIFF'S NOTICE
OF DISCOVERY DISPUTE, (ECF NO. 73)**

On October 15, 2020, I held a hearing on Plaintiff's Notice of Discovery Dispute, (ECF No. 73). Plaintiff noticed five matters in dispute. For the reasons stated on the record, which are incorporated herein, the Court **ORDERS** as follows:

Issue #1: Plaintiff moved to take a second Rule 30(b)(6) deposition of the Defendant Miami-Dade County. The Court **GRANTS IN PART** Plaintiff's motion. Plaintiff shall expeditiously procure the transcript of the recent deposition of the County, and within two business days of his receipt of the transcript, Plaintiff shall provide Defendant with a copy of the transcript and clearly identify the previously unanswered questions that Plaintiff will ask again at the follow-up deposition. At the same time, Plaintiff may also provide Defendant a list specific questions that fall under Topics 32, 33, 34 and 39 of Plaintiff's notice of deposition, that Plaintiff will ask at the follow-up deposition.

Plaintiff and Defendant shall confer to reach agreement on a date and time for the deposition, and the deposition shall occur as soon as possible. The deposition will be limited to: (i) those questions Plaintiff identified to Defendant; (ii) reasonable follow-up questions that may arise from the witness' answers; and (iii) any foundational questions regarding admissibility of documents that Plaintiff may ask about at the second deposition.

Issue #2: Plaintiff moved to compel production of documents responsive to a notice of deposition *duces tecum* served upon Defendant Anthony Yeber, and better answers to questions Plaintiff asked Yeber at that deposition. The Court **DENIES** Plaintiff's motion.

Issue #3: At the hearing, Plaintiff withdrew this from consideration.

Issue #4: Plaintiff moved to compel production of documents regarding ongoing investigations against Defendant Anthony Yeber. The Court **DENIES** Plaintiff's motion.

Issue #5: Plaintiff moved to compel better responses to Plaintiff's Interrogatories Nos. 3-7, and 10. The Court **GRANTS** Plaintiff's motion. **No later than October 25, 2020**, Defendant shall provide Plaintiff an amended response that identifies with specificity the documents Defendant relies on to answer those interrogatories.

DONE and ORDERED in Miami, Florida this 15th day of October 2020.

CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc:   The Honorable Donald L. Graham
      All Counsel of Record