**Moody, Andre (MDCR)**

| | |
|---|---|
| From: | Moody, Andre (MDCR) |
| Sent: | Friday, February 24, 2017 2:08 PM |
| To: | Griffith, Rudolph (MDCR) |
| Subject: | Cpl. Moody/ Retaliation complaint |

Good afternoon All,

As a follow up, I would like to advised everyone of the facts surrounding my initial complaint late 2016. I, Cpl. Andre Moody have followed the MDCR DSOP and federal law/ Administrative Orders in regard to retaliation and harassment to the letter. I have reported and file a formal complaint as per MDCR policy and federal law. As such, I do have the right along with any MDCR officer/employee to be protected from retaliation or hostile working areas for giving information that's involving a investigation of any kind.

In addition, have been a sworn officer with the MDCR for almost 20 years and a supervisor for the past 8 years. Also, I been a supervisor in several areas with in MDCR to include Metro-West, TGK, DCJ and safety cell areas, booking/intake areas. I have worked in Monitored Release as a supervisor for the past 4 years and 10 months, which I have never received a write up or a unsatisfactory evaluation. I am currently and for the past 2 years plus been under the direct supervision of Sgt. M. Madruga.

Hence, I have been subject to a Affirmative Action investigation in 2016, in which Lt. Anthony Yeber was under review for several allegations of discrimination, harassment etc. At that time I was interviewed by EEOC liaison Mr. Griffith. In that interview I gave a statement and documents reference to a questionable incident involving Lt. Yeber in early 2016. Since the conclusion of that investigation I been subject to several forms of retaliation and harassment, which all have been documented and reported. I have Meet with Commander Cox on December 19, 2017 to inform and advise her of the Lt. Yeber's retaliatory activities. At that time, I did advise Commander Cox that I would like to make a formal complaint against Lt. Yeber. On January 31, 2017, I was referred and met with Mr. Griffith to file a formal complaint. At the conclusion of the meeting I was told the matter would be looked into and investigated. Thus after, I, along with all supervisors at MRU received emails regarding being interview by MR. Griffith. Lt. Yeber there after initiated to meet with me at MRU on 2/22/2017.

In conclusion, I am one of just several staff at MRU that have chosen to report retaliation from the Affirmative Action investigation that took place in 2016. Lt. Yeber has a history supervising with intimidation and has had discrimination complaints from different areas of the MDCR over the years. Also, while Lt. Yeber's short time in MRU, several complaints have been made by both MRU staff and pretrial services staff for his in intimidating/ harassing style of supervising. Circulation of conversations among staff at MRU are consistent with hostile working conditions created by Lt. Yeber at this time.

Thanks in advance,

*Corporal A. Moody*
Shift Supervisor
Monitored Release Unit
A1006@miamidade.gov
office: 786-263-4842
Cell: 786-340-8610

*Corporal A. Moody*

Shift Supervisor

Monitored Release Unit

1

MDC RESP TO RFP 0881