UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cv-24638-GRAHAM/MCALILEY

ANDRE L. MOODY,

    Plaintiff,

v.

MIAMI-DADE COUNTY, ANTHONY YEBER and JOHN JOHNSON,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Defendants Miami-Dade County, Anthony Yeber and John Johnson filed a Motion for Bill of Costs and a memorandum in support thereof. (ECF Nos. 128, 130). Defendants ask for a total award of $5,982.80, for the removal filing fee, transcript costs, and service of trial subpoena and witness fee for Marlene Madruga. (*Id.*). Plaintiff does not object. (ECF No. 130 at 4).

I have considered the Motion, memorandum and applicable law, and given Plaintiff's non-objection to the relief sought, I find it reasonable to award Defendants costs, in the total amount of $5,982.80. I therefore recommend that the Court **GRANT** Defendants' Motion, (ECF Nos. 128, 130), and enter judgment against Plaintiff and in favor of Defendants in the amount of $5,982.80.

## OBJECTIONS

**No later than fourteen days from the date of this Report and Recommendation** the parties may file any written objections to this Report and Recommendation with the Honorable Donald L. Graham, who is obligated to make a *de novo* review of only those factual findings and legal conclusions that are the subject of objections. Only those objected-to factual findings and legal conclusions may be reviewed on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985), *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989), 28 U.S.C. § 636(b)(1), 11th Cir. R. 3-1 (2016).

**RESPECTFULLY RECOMMENDED** in Miami, Florida, this 2nd day of August, 2021.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc:   The Honorable Donald L. Graham
      All Counsel of Record