UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 19-24638-CV-GRAHAM

ANDRE L. MOODY,

Plaintiff,

v.

MIAMI-DADE COUNTY, et al.

Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation (ECF No. 131) on Defendants' Unopposed Motion for Bill of Costs and memorandum in support thereof. (ECF Nos. 128, 130).

On August 2, 2021, the Honorable United States Magistrate Judge Chris M. McAliley issued a Report and Recommendation recommending that Movant's Motion be granted, and judgment entered against Plaintiff and in favor of Defendants in the amount of $5,982.80 (ECF No. 131). Pursuant to 28 U.S.C. § 636 and the Local Magistrate Rules of the Southern District of Florida, the Parties have 14 days after being served with a copy of the Report and Recommendation to serve and file written objections, if any, with the District Court.

1

On August 9, 2021, before the expiration of the objections period, Plaintiff filed a notice of appeal (ECF No. 132). "[A]s a general rule, the filing of a notice of appeal divests the district court of jurisdiction over those aspects of the case that are the subject of the appeal." Doe, 1-13 ex rel. Doe Sr. 1-13 v. Bush, 261 F.3d 1037, 1064 (11th Cir.2001)(internal citations omitted). However, the district court retains jurisdiction to decide collateral matters. Domond v. PeopleNetwork APS, 750 F. App'x 844, 847 (11th Cir. 2018)("After a notice of appeal has been filed, the district court retains jurisdiction to rule on motions that are collateral to the merits"). As stated by the Eleventh Circuit, "costs may be taxed after a notice of appeal has been filed." Rothenberg v. Security Management Co., Inc., 677 F.2d 64, 64 (11th Cir. 1982).

As of the date of this Order, the parties have filed no objections. After a careful review of the record, this Court affirms the Report and Recommendation, finding it demonstrates an exhaustive review of the record and makes findings consistent with the law.

Accordingly, it is hereby

**ORDERED AND AJUDGED** that United States Magistrate Judge Chris M. McAliley's Report and Recommendation [D.E. 131] is hereby **RATIFIED, AFFIRMED and APPROVED in its entirety**. It is further

**ORDERED AND AJUDGED** that judgment is entered against Plaintiff and in favor of Defendants in the amount of $5,982.80.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of August, 2021.

s/ Donald L. Graham
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: All counsel of record